IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA E. FOLLIN and<br>HERBERT T. FOLLIN,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MEGA EXPRESS, INC.; EMILIO<br>VALADEZ,<br><br>　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*  Case No. 2:08CV45-SRW<br>*<br>*<br>*<br>*<br>* |

2008 JAN 17  P 2: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF REMOVAL

COMES NOW the Defendant, Mega Express, Inc., and files this notice of removal of this action from the Circuit Court of Butler County, Alabama (CV 2007-900079), to the United States District Court for the Middle District of Alabama, Northern Division, and shows unto the Court the following:

1. The above entitled action was commenced in the Circuit Court of Butler County, Alabama, on December 17, 2007, and is now pending therein. Service of process was perfected on Mega Express, Inc. on or after December 20, 2007 and on Defendant Valadez, on or after December 20, 2007. Notice of the removal of this case to this Court is timely pursuant to 28 U.S.C. § 1446 (a).

2. The plaintiff in this case alleges negligence, wanton entrustment, negligent/wanton hiring, retention, supervision or maintenance. The plaintiff seeks compensatory and punitive damages in excess of the jurisdictional limit of the Circuit

Court of Butler County, Alabama, which on information and belief exceeds $75,000.00 excluding interest and costs.

3. This action is one of a civil nature over which the District Court of the United States has original jurisdiction because of diversity of citizenship and amount in controversy, pursuant to 28 U.S.C. § 1332.

4. The plaintiffs at the commencement of this action, and at this time, were and are resident citizens of the state of South Carolina.

5. The Defendant, Mega Express, Inc., was and is at all times relevant a corporation organized under the laws of the state of Georgia with its principal place of business at 310 Simeon Road, Statham, Georgia, 30666 (now using address of 3083 Tallassee Road, Statham, Georgia 30666).

6. The Defendant, Emilio Valadez, is and was at all times relevant a resident citizen of the State of Georgia, living at 1155 Chatam Road, Buford, Georgia, 30518, and upon information and belief is over the age of nineteen years.

7. A copy of all pleadings filed in the Circuit Court for Butler County, Alabama, are attached hereto and made a part of this petition as if set out in full herein.

WHEREFORE, Defendants pray that this Honorable Court will take jurisdiction of this cause and will issue all necessary orders and process in order to remove the action from the Circuit Court of Butler County, Alabama to this court.

Respectfully submitted this the 17th day of January, 2008.

_____
James W. Garrett, Jr., GAR025
Attorney for Defendants

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
(334)206-3100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the below named either by hand delivery, facsimile transmission and/or by placing a copy of the same in the U.S. Mail, postage prepaid and delivered to their correct address this the 17th day January, 2008.

Robert L. Pittman, Esq.
James & Pittman, P.C.
Post Office Box 4266
Montgomery, Alabama 36103-4266

OF COUNSEL



**AlaFile E-Notice**

10-CV-2007-900079.00

To: MEGA EXPRESS, INC. C/O FERNANDO VALADEZ
3083 TALLASSEE RD.
STATHAM, GA 30666

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA

MARIA E. FOLLIN ET AL v. MEGA EXPRESS, INC. C/O FERNANDO VALADEZ ET AL
10-CV-2007-900079.00

The following complaint was FILED on 12/17/2007 3:52:43 PM

Notice Date:    12/17/2007 3:52:43 PM

ALLEN STEPHENSON
CIRCUIT COURT CLERK
BUTLER COUNTY, ALABAMA
POST OFFICE BOX 236
GREENVILLE, AL 36037

334-382-7166
allen.stephenson@alacourt.gov

ELECTRONICALLY FILED
12/17/2007 3:52 PM
CV-2007-900079.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
ALLEN STEPHENSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>10-CV-200<br>Date of Filing:<br>12/17/2007 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT OF BUTLER COUNTY, ALABAMA
### MARIA E. FOLLIN ET AL v. MEGA EXPRESS, INC. C/O FERNANDO VALADEZ ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:**

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP-Contempt of Court
- ☐ CONT-Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD-Eviction Appeal/Unlawfyul Detainer
- ☐ FORJ-Foreign Judgment
- ☐ FORF-Fruits of Crime Forfeiture
- ☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB-Protection From Abuse
- ☐ FELA-Railroad/Seaman (FELA)
- ☐ RPRO-Real Property
- ☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP-Workers' Compensation
- ☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING  A ☐ APPEAL FROM DISTRICT COURT  O ☐ OTHER

R ☐ REMANDED  T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ Yes  ☑ No

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** PIT024     12/17/2007 3:49:49 PM     /s ROBERT PITTMAN

**MEDIATION REQUESTED:** ☐ Yes  ☑ No  ☐ Undecided

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>10-CV-2007-900079.00 |
|---|---|---|

### IN THE CIVIL COURT OF BUTLER, ALABAMA
### MARIA E. FOLLIN ET AL v. MEGA EXPRESS, INC. C/O FERNANDO VALADEZ ET AL

**NOTICE TO**  MEGA EXPRESS, INC. C/O FERNANDO VALADEZ, 3083 TALLASSEE RD., STATHAM GA, 30666

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY ROBERT PITTMAN

WHOSE ADDRESS IS P.O. BOX 4266, MONTGOMERY AL, 36103

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   MARIA E. FOLLIN
  pursuant to the Alabama Rules of the Civil Procedure

12/17/2007 3:52:43 PM            /s ALLEN STEPHENSON
Date                              Clerk/Register                                   By

☑ Certified mail is hereby requested    /s ROBERT PITTMAN
                                         Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                 _____
Date                              Server's Signature

Case 2:08-cv-00045-SRW   Document 2-2   Filed 01/17/2008   Page 4 of 7

ELECTRONICALLY FILED
12/17/2007 3:52 PM
CV-2007-900079.00
CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA
ALLEN STEPHENSON, CLERK

## IN THE CIRCUIT COURT OF BUTLER COUNTY, ALABAMA

| | |
|---|---|
| MARIA E. FOLLIN and <br> HERBERT T. FOLLIN <br><br> Plaintiffs, <br><br> v. <br><br> MEGA EXPRESS, INC.; EMILIO VALADEZ, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *     CASE NO.: CV-07- <br> * <br> * <br> * <br> * <br> * <br> * |

### COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff Maria E. Follin is over the age of nineteen and a resident citizen of Sumter, South Carolina.

2. Plaintiff Herbert T. Follin is over the age of nineteen and a resident citizen of Sumter, South Carolina.

3. Defendant Mega Express, Inc., is a corporation organized and existing under the laws of the State of Georgia, with its principal place of business located in Statham, Georgia. This Defendant has sufficient contacts with the State of Alabama as to allow this court to exercise jurisdiction over it and may be served through its registered agent for service of process: Fernando Valadez, 3083 Tallassee Rd., Statham, Georgia 30666.

4. Defendant Emilio Valadez is over the age of nineteen and a resident citizen of Statham, Georgia.

1

## FACTS

5. On January 28, 2006, Plaintiff Herbert T. Follin was driving his vehicle north, in the right lane of Interstate 65, near mile post 106 in Butler County, Alabama. At all times material hereto, Plaintiff Maria E. Follin was a passenger in Mr. Follin's vehicle.

6. Also on the above date, and at the same place and time, Defendant Emilio Valadez was operating a 1999 Freightliner north in the left lane of Interstate 65 and moved into the right lane, colliding with Mr. Follin's vehicle and pushing it into the guardrail.

7. After being struck by Defendant Valadez's eighteen wheeler, Mr. Follin's vehicle crossed back over the northbound lanes and came to rest in the median where it then caught on fire.

8. At all times material hereto, Defendant Valadez was an agent and/or employee of Defendant Mega Express, and was acting within the line and scope of his employment with Defendant Mega Express at the time of this collision.

9. As a result of Defendant Valadez's actions, Plaintiffs suffered injuries and damages, including but not limited to:

    a. physical injuries,
    b. pain and suffering,
    c. mental anguish,
    d. lost wages,
    e. medical expense,
    f. other damages.

## COUNT I
### (Negligence)

10. Plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full.

11.     At the previously described time and place, Defendant Valadez negligently operated the eighteen wheeler by making an improper lane change and colliding with Mr. Follin's vehicle, forcing it into the guardrail.

12.     As a proximate consequence of Defendant Valadez's negligence, Plaintiffs were injured and damaged as set forth in paragraph 9 above.

## COUNT II
### (Wantonness)

13.     Plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full.

14.     Defendant Valadez had a duty to use reasonable care in the operation of the eighteen wheeler entrusted to him, including a duty to keep a proper lookout; a duty to be attentive; and a duty not to operate the vehicle recklessly.

15.     Defendant Valadez's wanton and reckless conduct was the cause in fact and proximate cause of this collision.

16.     As a proximate consequence of Defendant Valadez's wantonness, Plaintiffs were injured and damaged as set forth in paragraph 9 above.

## COUNT III
### (Negligent/Wanton Entrustment)

17.     Plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full.

18.     Defendant Mega Express negligently or wantonly entrusted its vehicle to Defendant Valadez with actual or constructive knowledge that he was an incompetent driver.

19.     As a proximate consequence of Defendant's negligent or wanton entrustment, Plaintiffs were injured and damaged as set forth in paragraph 9 above.

## COUNT IV
**(Negligent/Wanton Hiring, Retention, Supervision or Maintenance)**

20. Plaintiffs reallege all prior paragraphs of the Complaint as if set out here in full.

21. Defendant Mega Express negligently or wantonly hired, retained, supervised, and trained Defendant Valadez and/or negligently or wantonly maintained the vehicle he was driving on the date of this collision.

WHEREFORE, Plaintiffs demand costs and compensatory and punitive damages in an amount to be determined by the Court and any other award deemed appropriate by the Court.

/s/ Robert L. Pittman
ROBERT L. PITTMAN (PIT024)

OF COUNSEL
JAMES & PITTMAN, P.C.
P.O. Box 4266
Montgomery, AL 36103-4266
(334) 262-0500
(334) 262-0548
e-mail - les@jamesandpittman.com

4

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003418
Cashier ID: brobinso
Transaction Date: 01/17/2008
Payer Name: RUSHTON STAKELY JOHNSTON
------------------------------------
CIVIL FILING FEE
 For: RUSHTON STAKELY JOHNSTON
 Case/Party: D-ALM-2-08-CV-000045-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 104930
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FOLLIN ET AL V. MEGA EXPRESS INC ET AL
```