IN THE CIRCUIT COURT OF
BUTLER COUNTY, ALABAMA

| | |
|---|---|
| MARIE E. FOLLIN and<br>HERBERT FOLLIN,<br><br>Plaintiffs,<br><br>v.<br><br>MEGA EXPRESS, INC.;<br>EMILIO VALADEZ,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*   Case No.: CV 2007-900079<br>*       2:08cv45-SRW<br>*<br>*<br>*<br>* |

## REMOVAL NOTICE

TO THE PLAINTIFFS IN THE ABOVE STYLED CAUSE AND TO THEIR ATTORNEYS OF RECORDS:

Please take notice that on the 17th day of January, 2008, the undersigned, as attorney for the Defendants, Mega Express, Inc. and Emilio Valadez, described in the plaintiffs' complaint filed on their behalf a Notice of Removal in the United States District Court, Middle District of Alabama, Northern Division, to remove the above entitled cause from the Circuit Court of Butler County, Alabama, CV 2007-900079. A true copy of said Notice of Removal is attached hereto and filed with the Clerk of the Circuit Court of Butler County, Alabama.

Respectfully submitted this the 17th of January, 2008.

/s/James W. Garrett, Jr.
Attorney for Defendants

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
(334)206-3100

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon the below named by placing a copy of the same in the U.S. Mail, postage prepaid and delivered to their correct address and via Alafile.com on this the 17th day of January, 2008.

Robert L. Pittman, Esq.
James & Pittman, P.C.
Post Office Box 4266
Montgomery, Alabama  36103-4266

                                          /s/ James W. Garrett, Jr.
                                          OF COUNSEL