# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **HERBERT T. FOLLIN** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO. 2:08-cv-00045-SRW** |
| | ) |
| **MEGA EXPRESS, INC., et al.** | ) |
| | ) |
| **Defendants,** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW HERBERT T. FOLLIN, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

January 28, 2008

/s/ Robert L. Pittman
Counsel for Plaintiffs
Herbert & Maria Follin

James & Pittman, PC
P.O. Box 4266
Montgomery, AL 36103-4266

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Robert L. Pittman, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF and via first class mail on this 28th day of January 2008, to:

James W. Garrett, Jr.
Rushton Stakely Johnston & Garrett, PA
P.O. 270
Montgomery, Alabama 36101-0270


January 28, 2008                                              /s/ Robert L. Pittman