IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALBAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MARIA E. FOLLIN and HERBERT T. FOLLIN,** | * * * | |
| **Plaintiffs,** | * * | |
| v. | * * | Case No. 2:08 CV 45-SRW |
| **MEGA EXPRESS, INC.; EMILIO VALADEZ,** | * * * | |
| **Defendants.** | * | |

## CONFLICT DISCLOSURE STATEMENT
## OF DEFENDANT EMILIO VALADEZ

COMES NOW the Defendant, Emilio Valadez, a defendant in the above captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

Respectfully submitted this the 4th day of February, 2008.

/s/ James W. Garrett, Jr.
Attorney for Defendants

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
(334)206-3100

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been furnished by CM/ECF and via first class mail on this the 4th day of February, 2008.

Robert L. Pittman, Esq.
James & Pittman, P.C.
Post Office Box 4266
Montgomery, Alabama  36103-4266

                                            /s/ James W. Garrett, Jr.