IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALBAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA E. FOLLIN and <br> HERBERT T. FOLLIN, <br> <br> Plaintiffs, <br> <br> v. <br> <br> MEGA EXPRESS, INC.; EMILIO VALADEZ, <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   Case No. 2:08 CV 45-SRW <br> * <br> * <br> * <br> * <br> * |

## CONFLICT DISCLOSURE STATEMENT
## OF DEFENDANT MEGA EXPRESS, INC.

COMES NOW the Defendant, Mega Express, Inc., a defendant in the above captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Mega Express, Inc. is a Georgia corporation with no related entities and is insured by Canal Insurance Company, which is a stock company, located in Greenville, South Carolina.  There is a Canal Indemnity Company which has some relationship to Canal Insurance Company.

Respectfully submitted this the 4th day of February, 2008.

/s/ James W. Garrett, Jr.
Attorney for Defendants

OF COUNSEL:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, AL 36101-0270
(334)206-3100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by CM/ECF and via first class mail on this the 4th day of February, 2008.

Robert L. Pittman, Esq.
James & Pittman, P.C.
Post Office Box 4266
Montgomery, Alabama  36103-4266

/s/James W. Garrett, Jr.

2