IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALBAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA E. FOLLIN and <br> HERBERT T. FOLLIN, <br> <br> Plaintiffs, <br> <br> v. <br> <br> MEGA EXPRESS, INC.; EMILIO VALADEZ, <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   Case No. 2:08 CV-45 SRW <br> * <br> * <br> * <br> * <br> * |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to *F.R.Civ.P.* 26(f) a meeting was held by telephone on February 27, 2008, relative to the matters set out in this Court's preliminary scheduling order. The parties propose to the Court the following agreements in conformance with *F.R.Civ.P.* 26 (f).

James W. Garrett, Jr. – for the defendant;

Les Pittman – plaintiff.

The parties do not need a conference with the Court before entry of the scheduling order.

1.      A.  Plaintiff brings this action against Mega Express, Inc. and its driver, Emilio Valadez, claiming negligence and wanton misconduct in and about the operation of a vehicle causing a collision with a vehicle occupied by both plaintiffs. The collision occurred on January 28, 2006, on Interstate 85 in Butler County, Alabama. Plaintiffs, Maria Follin and Herbert T. Follin, were both occupants of the vehicle and both claim personal injuries.

    B. Defendants deny the allegations of plaintiffs' claims and demand strict proof of those claims.  Defendants have responded to the complaint in its entirety and adopt their answer and affirmative defenses filed on January 18, 2008.

  2. This jury action should be ready for trial by December 1, 2008, and at this time is expected to take approximately 3 days, excluding jury selection.

  3. The parties request a pretrial conference in October, 2008, or at such time as the Court deems appropriate.

  4. Discovery Plan:  The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects:

      1. Whether or to what extent plaintiffs are entitled to recover damages for the allegations set out in their complaint *i.e.* that they were injured in person in the accident referenced.

    b. All discovery will be commenced in time to be completed by September 15, 2008.

  5. Initial Disclosures:  The parties will/or have exchanged initial disclosures by March 29, 2008, the information required by *Fed.R.Civ.P.* 26(a)(1).

  6. The parties request until April 30, 2008, to join additional parties and amend the pleadings.

  7. Reports from retained experts under Rule 26(a) (2) are due from the plaintiff by June 2, 2008 and the defendant by July 2, 2008.

  8. Pretrial Disclosures:  Final lists of witnesses and exhibits under Rule 26(a)(3) due by August 1, 2008.

  9. Discovery Limits:

    a. Maximum number of forty (40) interrogatories by each party to any other party.  Responses due thirty days from the date of this Order.

    b. Maximum of thirty (30) requests for admission by each party to any other party.  Responses due thirty days from the date of this Order.

      c.    Maximum of seven (7) depositions by plaintiff and seven (7) depositions by defendants. Each deposition limited to two hours unless extended by agreement of the parties.

      d.    Reports from retained experts under Rule 26(a) (2) are due from the plaintiff by August 1, 2008, and from the defendants by August 15, 2008.

      e.    Supplements under Rule 26(e) are due by September 1, 2008.

10.    All potentially dispositive motions are to be filed by September 15, 2008.

11.    Settlement cannot be evaluated at this time and will be delayed by discovery, including medical discovery from physicians located out of state.

12.    Other Matters:   None

DATE: February 28, 2008

/s/ James W. Garrett, Jr.  
Counsel for Defendant  
Rushton, Stakely, Johnston & Garrett, P.A.  
Post Office Box 270  
Montgomery, Alabama 36101-0270

/s/ Les Pittman  
Counsel for Plaintiffs  
Pittman & James  
Post Office Box 4266  
Montgomery, Alabama 36103