IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Maria Follin, et al.
    Plaintiff(s),

v.

Vega Express, Inc., et al.
    Defendant(s).

RECEIVED
2008 FEB 28 P 3:57

CIVIL ACTION NO. 2:08-CV-45-SRW

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

2-28-08
Date

[Signature]
Signature

James W. Garrett, Jr.
Counsel For (**print** name of all parties)

PO Box 270, Montgomery, AL, 36101
Address, City, State Zip Code

334-206-3100
Telephone Number

3