**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**MARIA E. FOLLIN, et al.,**

    **Plaintiffs,**

**v.**

**MEGA EXPRESS, INC., et al.**

    **Defendants,**

RECEIVED

2008 FEB 29 A 11: 25

CIVIL ACTION NO. 2:08cv45-SRW

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

)
)
)
)
)
)
)
)
)

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636 (c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

February 29, 2008

/s/ Robert L. Pittman
Counsel for Plaintiffs
Maria & Herbert Follin

James & Pittman, PC
P.O. Box 4266
Montgomery, AL 36103-4266
(334) 262-0500

**CERTIFICATE OF SERVICE**

I, Robert L. Pittman, do hereby Certify that a true and correct copy of the foregoing has been furnished via first class mail on this 29th day of February 2008, to:

James W. Garrett, Jr.
Rushton Stakely Johnston & Garrett, PA
P.O. 270
Montgomery, Alabama 36101-0270

February 29, 2008

/s/ Robert L. Pittman