IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA E. FOLLIN and<br>HERBERT T. FOLLIN,<br><br>    Plaintiffs,<br><br>v.<br><br>MEGA EXPRESS, INC.; EMILIO<br>VALADEZ,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*   Case No. 2:08 CV 45-SRW<br>*<br>*<br>*<br>*<br>* |

**NOTICE OF SERVICE OF DISCOVERY**

**COMES NOW** Defendant, Mega Express, Inc., pursuant to ALA. R. CIV. P. 5(d), and hereby certifies that on this the 29th day of February, 2008, all parties to this action were served with the following:

    1.    Defendant, Mega Express, Inc. Response to Plaintiff's Request for Admissions.

**RESPECTFULLY SUBMITTED** this 29th day of February, 2008.

                                        /s/ James W. Garrett, Jr.
                                        JAMES W. GARRETT (GAR025)
                                        **Attorneys for Defendant**

**OF COUNSEL:**

RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
Telephone:    (334) 206-3100

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished by CM/ECF and via first class mail on this the 29th day of February, 2008.

Robert L. Pittman, Esq.
James & Pittman, P.C.
Post Office Box 4266
Montgomery, Alabama 36103-4266

                                  /s/ James W. Garrett, Jr.
                                  OF COUNSEL

*Candace M. Grose vs. Billy Gene Michael, et al.*
Notice of Service of Discovery
Page 2 of 2