IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA E. FOLLIN and HERBERT T. FOLLIN, | * * * |
| Plaintiffs, | * * |
| v. | *   Case No. 2:08 CV 45-SRW * |
| MEGA EXPRESS, INC.; EMILIO VALADEZ, | * * * |
| Defendants. | * |

**NOTICE OF SERVICE OF DISCOVERY**

**COMES NOW** Defendant, Mega Express, Inc., pursuant to ALA. R. CIV. P. 5(d), and hereby certifies that on this the 19th day of June, 2008, all parties to this action were served with the following:

1. Defendant, Mega Express, Inc. Response to Plaintiff's Request for Admissions.

RESPECTFULLY SUBMITTED this 19th day of June, 2008.

/s/ James W. Garrett, Jr.
JAMES W. GARRETT (GAR025)
**Attorney for Defendant**

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
Telephone:   (334) 206-3100

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished by CM/ECF and via first class mail on this the 19th day of June, 2008.

Robert L. Pittman, Esq.
James & Pittman, P.C.
Post Office Box 4266
Montgomery, Alabama  36103-4266


                                             /s/ James W. Garrett, Jr.
                                             OF COUNSEL

*Candace M. Grose vs. Billy Gene Michael, et al.*
Notice of Service of Discovery
Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA E. FOLLIN and<br>HERBERT T. FOLLIN,<br><br>　　Plaintiffs,<br><br>v.<br><br>MEGA EXPRESS, INC.; EMILIO<br>VALADEZ,<br><br>　　Defendants. | *<br>*<br>*<br>*<br>*<br>*　Case No. 2:08 CV 45-SRW<br>*<br>*<br>*<br>*<br>* |

## DEFENDANT, MEGA EXPRESS, INC., RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS

COMES NOW the Defendant, Mega Express, Inc., and responds to Plaintiff's Request for Admissions as follows:

1. The Evergreen Medical Center medical records attached hereto, regarding the treatment of Herbert Follin on January 28, 2006, may be used for discovery purposes and/or admitted into evidence during trial.

   **ANSWER:** Admit.

2. The Evergreen Medical Center bill in the amount of $1,303.00 and attached hereto, represents a reasonable and necessary charge for the services rendered to Herbert Follin on January 28, 2006 and may be admitted into evidence at trial.

   **ANSWER:** Admit.

3. The Tri County Medical Center, Inc. bill in the amount of $65.00 and attached hereto, represents a reasonable and necessary charge for the services rendered to Herbert Follin on January 28, 2006 and may be admitted into evidence at trial

**ANSWER:   Admit.**

4. The USA Physician Group bill in the amount of $212.00 and attached hereto, represents a reasonable and necessary charge for the services rendered to Herbert Follin on January 28, 2006 and may be admitted into evidence at trial

**ANSWER:   Admit.**

5. The Butler County Emergency Medical Services, LLC bill in the amount of $580.00 and attached hereto, represents a reasonable and necessary charge for the services rendered to Herbert Follin on January 28, 2006 and may be admitted into evidence at trial

**ANSWER:   Admit.**

6. The Evergreen Medical Center medical records attached hereto, regarding rhe treatment of Maria Follin on January 28, 2006, may be used for discovery purposes and/or admitted into evidence at trial.

**ANSWER:   Admit.**

7. The Evergreen Medical Center bill in the amount of $530.00 and attached hereto,

represents a reasonable and necessary charge for the services rendered to Maria Follin on January 28, 2006 and may be admitted into evidence at trial

**ANSWER:** **Admit.**

8. The Tri County Medical Center, Inc. bill in the amount of $65.00 and attached hereto, represents a reasonable and necessary charge for the services rendered to Maria Follin on January 28, 2006 and may be admitted into evidence at trial

**ANSWER:** **Admit.**

9. The USA Physicians Group bill in the amount of $111.00 and attached hereto, represents a reasonable and necessary charge for the services rendered to Maria Follin on January 28, 2006 and may be admitted into evidence at trial

**ANSWER:** **Admit.**

10. The Butler County Emergency Medical Services, LLC bill in the amount of $580.00 and attached hereto, represents a reasonable and necessary charge for the services rendered to Maria Follin on January 28, 2006 and may be admitted into evidence at trial

**ANSWER:** **Admit.**

_____
James W. Garrett, Jr. (GAR026)
Attorney for Defendant

OF COUNSEL:

James W. Garrett, Jr.
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
334-206-3100

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished by CM/ECF and via first class mail on this the 19th day of June, 2008.

Robert L. Pittman, Esq.
James & Pittman, P.C.
Post Office Box 4266
Montgomery, Alabama  36103-4266

                                                  /s/James W. Garrett, Jr.