IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA E. FOLLIN and<br>HERBERT T. FOLLIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MEGA EXPRESS, INC.,<br>EMILIO VALDEZ,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　CIVIL ACTION NO. 2:08cv45-SRW<br>)　　　　　　　　　(WO)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the joint motion to dismiss filed by the parties in this action (Doc. # 22), it is

ORDERED that the motion is GRANTED.

DONE, this 9th day of October, 2008.

　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE