IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIA E. FOLLIN and <br> HERBERT T. FOLLIN, <br><br> Plaintiffs, <br><br> v. <br><br> MEGA EXPRESS, INC., <br> EMILIO VALDEZ, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:08cv45-SRW <br> ) (WO) <br> ) <br> ) <br> ) <br> ) |

## **JUDGMENT**

In accordance with the order entered on this date granting the parties' joint motion to dismiss this action, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED with prejudice, with each party to bear its own costs.

DONE, this 9th day of October, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE